## Forgioni, Appellant, v. Balaban.

Argued March 8, 1939.

Before KELLER, P. J., CUNNINGHAM, BALD-
RIGE, STADTFELD, PARKER and RHODES, JJ.

*John Memolo,* with him *J. Harry Morosini,* for appel-
lant.

*Frank M. Walsh,* for appellee.

PER CURIAM, April 12, 1939:

This case is governed in principle by the decision of
the Supreme Court in *Dando v. Brobst et al.,* 318 Pa.
325, 177 A. 831, which reversed judgments in favor of
the plaintiff, under very similar circumstances, and
entered judgment for the defendants.

The decision was based on the legal principle laid
down in the case of *Carroll v. Penna. R. Co.,* 12 W. N. C.
348, 349, where the Supreme Court said: "It is in vain
for a man to say that he looked and listened, if, in
despite of what his eyes and ears must have told him,
he walked directly in front of a moving locomotive."

The same thing may be said of one who walks directly
in front of a plainly visible approaching automobile,
which is so close at hand that it hit him before he could
take one step back.

Judgment affirmed.